UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO: 8:20-cr-409-T-33CPT

ADEDOTUN ABRAHAM ADEYEMO
a/k/a "dotade77"
a/k/a "dotman"

FILED
2021 JAN -5 PM 2:31
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

**MOTION TO PARTIALLY UNSEAL**

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, moves this court to partially unseal the Indictment filed in the instant case.

The United States initially requested the sealing of this filing on December 17, 2020, in order to safeguard from public scrutiny certain sensitive information which would come to light were the proceedings to become public knowledge. Unsealing the Indictment is warranted in order for the United States to disclose the Indictment and arrest warrants to government personnel, including personnel of a foreign government, as necessary to assist in the apprehension and extradition of the defendants to the United States.

The United States further requests that the Indictment in this case remain sealed for all other purposes.

Dated this 30th day of December, 2020.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: ______________________________

Rachel K. Jones
Assistant United States Attorney
Florida Bar No. 0091492
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: rachel.jones@usdoj.gov