UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO: 8:20-cr-409-T-33CPT

ADEDOTUN ABRAHAM ADEYEMO
a/k/a "dotade77"
a/k/a "dotman"

FILED
2021 JAN -5 PM 2:31
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

## ORDER

This matter before the Court is the government's In Camera motion to unseal the Indictment, in the instant case.

It is hereby ORDERED that the Indictment in the instant case, be PARTIALLY UNSEALED. The Government shall be permitted to disclose the Indictment and arrest warrants to government personnel, including personnel of a foreign government, as necessary to assist in the apprehension and extradition of the defendant to the United States. For all other purposes, the Indictment in this case shall remain sealed.

DONE AND ORDERED in Chambers at Tampa, Florida,

this 4th day of Jan., ~~2020~~ 2021.

~~CHRISTOPHER P. TUITE~~ Honorable William F. Jung
United States ~~Magistrate~~ District Judge

Copies to: Rachel K. Jones
Assistant United States Attorney